# Court of Appeals
# of the State of Georgia

ATLANTA,  June 13, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0575.  JACKSON v CITY OF FOREST PARK.**
**A13A0576.  BLAIR v. CITY OF FOREST PARK.**
**A13A0577.  BUTLER v. CITY OF FOREST PARK.**

On September 19, 2012, we granted petitioners' applications for discretionary appeals from the superior court's dismissal of their petitions for certiorari under OCGA § 5-4-3. Having reviewed the record, including appellee City of Forest Park's briefs, we now DISMISS these appeals as improvidently granted.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  06/13/2013
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____ , *Clerk.*